**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Eileen Marie GELLER, Defendant—**
**Appellant.**

No. 10–50210.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 21, 2012.*

Filed Feb. 23, 2012.

Anthony Robert Montero, Special Assistant U.S., Michael J. Raphael, Esquire, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Wayne Richard Young, Law Office of Wayne R. Young, Santa Monica, CA, for Defendant–Appellant.

---

* The panel unanimously concludes this case is suitable for decision without oral argument.

*See* Fed. R.App. P. 34(a)(2).

Before: FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

## MEMORANDUM **

Eileen Marie Geller appeals from the 36–month sentence imposed following her guilty-plea conviction for five counts of health care fraud, in violation of 18 U.S.C. § 1347. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Geller contends that the district court procedurally erred when it failed to consider or explain adequately why it rejected Geller's arguments for a lenient sentence and the probation officer's recommendation. The record belies her contention. The district court considered Geller's mitigating arguments and adequately explained that in light of the severity of the offense and the need to promote respect for the law, a sentence one month below the advisory Guidelines range was warranted. *See United States v. Carty,* 520 F.3d 984, 992–93 (9th Cir.2008) (en banc).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).